JOHN HAYES, Appellant, *v.* GEORGE W. CARR, Impleaded, etc., Respondent.

(Argued April 10, 1888; decided April 17, 1888.)

MOTION to dismiss an appeal from a judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order affirming a judgment in favor of the defendant Carr upon a decision of the court on trial at Special Term.

*S. W. Rosendale* for motion.

*George W. Carr* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.